UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JIMMIE MAHAN JR.,**

    Plaintiff,                                        Case No: 1:22-cv-00458-JFR-JHR

v.

**REHOBOTH TRUCKING, LLC, AND
FITSUM GEBRETSADIK,**

    Defendants.

## AGREED MODIFIED SCHEDULING ORDER

    a.    Discovery Cut-off: July 14, 2023

    d.    Expert Witness Disclosure:

    Reports from retained experts under Rule 26(a)(2) due:

        from Plaintiff(s) by April 14, 2023

        from Defendant(s) by May 29, 2023

DATED this __3rd__ day of ____February____, 2023.

                                                                             BY THE COURT:

                                                                             JERRY H. RITTER
                                                                             United States Magistrate Judge